UNITED STATES BANKRUPTCY COURT District of Arizona

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/6/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| DONALD J LYNCH<br>160 N. BRADLEY ST.<br>CHANDLER, AZ 85226 | DEBBIE L LYNCH<br>160 N. BRADLEY ST.<br>CHANDLER, AZ 85226 |
| Case Number:<br>2:10−bk−32184−RJH | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−7128<br>xxx−xx−7399 |
| Attorney for Debtor(s) (name and address):<br>BRIAN C. DAULT<br>DAULT & ASSOCIATES PLLC<br>908 W. CHANDLER BLVD., SUITE D<br>CHANDLER, AZ 85225<br>Telephone number: 480 305−5970 | Bankruptcy Trustee (name and address):<br>S. WILLIAM MANERA<br>P.O. BOX 44350<br>PHOENIX, AZ 85064−4350<br>Telephone number: 602−795−2796 |

### Meeting of Creditors
Date: **December 3, 2010**            Time: **11:00 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/4/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 10/27/10 |

| | **EXPLANATIONS** | **B9A (Official Form 9A) (12/07)** |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. | |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. | |
| **All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.** | | |
| Refer to Other Side for Important Deadlines and Notices | | |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: schriste              Page 1 of 2                   Date Rcvd: Oct 27, 2010
Case: 10-32184                 Form ID: b9a                Total Noticed: 35

The following entities were noticed by first class mail on Oct 29, 2010.
db/jdb        +DONALD J LYNCH,    DEBBIE L LYNCH,    160 N. BRADLEY ST.,    CHANDLER, AZ 85226-3668
aty           +BRIAN C. DAULT,    DAULT & ASSOCIATES PLLC,    908 W. CHANDLER BLVD., SUITE D,
                CHANDLER, AZ 85225-2551
cr           +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
9791538       +Arizona Orthopedic Associates,    690 N Cofco Center Court, Ste 290,    Phoenix AZ 85008-6474
9791540       +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
                Columbus OH 43219-6009
9791541       +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls SD 57117-6191
9791559        DILIGENTSIA CAPITAL GROUP LLC,    C/O RECOVERY MGMT SYSTEMS CORP,    25 SE 2ND AVE STE 1120,
                ATTN: RAMESH SINGH,    MIAMI FL 33131-1605
9791542       +Elan Financial Service,    Po Box 5229,    Cincinnati OH 45201-5229
9791567       +H20 Inc,    41502 North Schnepf Road,    San Tan Valley AZ 85140-7980
9791543       +Hammerman & Hultgren, PC,    3101 North Central Avenue, Ste 500,    Phoenix AZ 85012-2639
9791544        Hanger,    PO Box 25549,    Phoenix AZ 85002-5549
9791545       +Hfc,    Po Box 3425,    Buffalo NY 14240-3425
9791546       +Hfc - Usa,    Po Box 3425,    Buffalo NY 14240-3425
9791572       +Ironwood Dental,    35 West Combs Rd, Ste 102,    Queen Creek AZ 85140-9102
9791574       +Johnson Utilities,    968 E Hunt Hwy,    San Tan Valley AZ 85143-7450
9791548       +Lhr Inc,    56 Main St,    Hamburg NY 14075-4905
9791578        Mesa-AZ,    55 North Center St,    PO Box 1878,    Mesa AZ 85211-1878
9791551      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk VA 23541)
9791552       +Reliant Recovery Svc I,    2210 E. Route 66 S,    Glendora CA 91740-4661
9791553        Robert S. Gerson MD, PC,    2931 N Tenaya Way, Ste 102,    Las Vegas NV 89128-0457
9791554       +Santander Consumer Usa,    8585 N Stemmons Fwy Ste,    Dallas TX 75247-3836
9791585       +The Brown Law Group,    190 West Magee No. 182,    Tucson AZ 85704-6486
9791557      ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wfs Financial/Wachovia Dealer Services,    Po Box 19657,
                Irvine CA 92623)
The following entities were noticed by electronic transmission on Oct 27, 2010.
tr            EDI: FSWMANERA.COM Oct 27 2010 20:58:00      S. WILLIAM MANERA,    P.O. BOX 44350,
                PHOENIX, AZ  85064-4350
tr           +EDI: QSJKARTCHNER.COM Oct 27 2010 20:58:00      STANLEY J KARTCHNER,    7090 N ORACLE RD #178-204,
                TUCSON, AZ 85704-4333
smg           EDI: AZDEPREV.COM Oct 27 2010 20:58:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
9791537       +EDI: AFNIRECOVERY.COM Oct 27 2010 20:58:00      Afni, Inc.,    Attn: DP Recovery Support,
                Po Box 3427,    Bloomington IL 61702-3427
9791561        EDI: AZDEPREV.COM Oct 27 2010 20:58:00      Arizona Department of Revenue,    1600 West Monroe,
                Phoenix AZ 85007-2650
9791539        EDI: BANKAMER.COM Oct 27 2010 20:58:00      Bank Of America,    4060 Ogletown/Stanton Rd,
                Newark DE 19713
9791573        EDI: IRS.COM Oct 27 2010 20:58:00      IRS,    P.O. Box 21126,    Philadelphia PA 19114
9791547       +EDI: WFNNB.COM Oct 27 2010 20:58:00      Lane Bryant,    Po Box 182686,    Columbus OH 43218-2686
9791549       +EDI: RESURGENT.COM Oct 27 2010 20:58:00      Lvnv Funding Llc,    Po Box 740281,
                Houston TX 77274-0281
9791550       +EDI: MID8.COM Oct 27 2010 20:58:00      Midland Credit Management,    Po Box 939019,
                San Diego CA 92193-9019
9791551        EDI: PRA.COM Oct 27 2010 20:58:00      Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk VA 23541
9791558        EDI: RECOVERYCORP.COM Oct 27 2010 20:58:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9791556       +EDI: WFFC.COM Oct 27 2010 20:58:00      Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,
                Urbandale IA 50323-2310
                                                                                                TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9791555       Tek-collect Inc
9791584       Tek-collect Inc
9791560*     +Afni, Inc.,    Attn: DP Recovery Support,    Po Box 3427,    Bloomington IL 61702-3427
9791562*     +Arizona Orthopedic Associates,    690 N Cofco Center Court, Ste 290,    Phoenix AZ 85008-6474
9791563*      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark DE 19713
9791564*     +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
                Columbus OH 43219-6009
9791565*     +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls SD 57117-6191
9791566*     +Elan Financial Service,    Po Box 5229,    Cincinnati OH 45201-5229
9791568*     +Hammerman & Hultgren, PC,    3101 North Central Avenue, Ste 500,    Phoenix AZ 85012-2639
9791569*      Hanger,    PO Box 25549,    Phoenix AZ 85002-5549
9791570*     +Hfc,    Po Box 3425,    Buffalo NY 14240-3425
9791571*     +Hfc - Usa,    Po Box 3425,    Buffalo NY 14240-3425
9791575*     +Lane Bryant,    Po Box 182686,    Columbus OH 43218-2686
9791576*     +Lhr Inc,    56 Main St,    Hamburg NY 14075-4905
9791577*     +Lvnv Funding Llc,    Po Box 740281,    Houston TX 77274-0281
9791579*     +Midland Credit Management,    Po Box 939019,    San Diego CA 92193-9019
9791580*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk VA 23541)
9791581*     +Reliant Recovery Svc I,    2210 E. Route 66 S,    Glendora CA 91740-4661
9791582*      Robert S. Gerson MD, PC,    2931 N Tenaya Way, Ste 102,    Las Vegas NV 89128-0457
9791583*     +Santander Consumer Usa,    8585 N Stemmons Fwy Ste,    Dallas TX 75247-3836
9791587*    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wfs Financial/Wachovia Dealer Services,    Po Box 19657,
                Irvine CA 92623)
```

```
District/off: 0970-2            User: schriste           Page 2 of 2               Date Rcvd: Oct 27, 2010
Case: 10-32184                  Form ID: b9a            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****
9791586*    +Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,   Urbandale IA 50323-2310
                                                                                TOTALS: 2, * 20, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2010**                    **Signature:**    *Joseph Speetjens*